# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZORM 2009, LLC,** | : | **3:15cv35** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| **JONATHAN GREENWALD,** | : | |
| **Defendant** | : | |
| **ZORM 2009, LLC,** | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **JONATHAN GREENWALD and** | : | |
| **ROBERT MAYNARD,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 17th day of May 2016, plaintiff's motion to dismiss Defendant Robert Maynard's counterclaim (Doc. 23) is hereby **GRANTED** in part and **DENIED** in part.

It is granted with respect to defendant's claim based on the Pennsylvania Unfair Trade Practices and Consumer Protection Law and with respect to the Intentional Misrepresentation/Fraud and/or Intentional Non-Disclosure claim.  Those claims are dismissed from the counterclaim. The motion is denied with respect to the breach of contract claim.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**