# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZORM 2009, LLC,** | : | 3:15cv35 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **JONATHAN GREENWALD,** | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| **ZORM 2009, LLC,** | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **JONATHAN GREENWALD and** | : | |
| **ROBERT MAYNARD,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 8th day of September 2016, the plaintiff's motions for summary judgment (Doc. 34 & Doc. 36) are hereby **DENIED**.

                                           **BY THE COURT:**

                                           **s/ James M. Munley**
                                           **JUDGE JAMES M. MUNLEY**
                                           **United States District Court**