# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZORM 2009, LLC, | : | No. 3:15cv35 |
|         Plaintiff | : | |
| | : | (Judge Munley) |
|     v. | : | |
| | : | |
| JONATHAN GREENWALD, | : | |
|         Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## VERDICT

**AND NOW**, to wit, this 17th day of August 2017, we find that defendant is not liable to plaintiff under the personal guaranties signed regarding the HACAC and HAC II mortgages as discussed more fully in the accompanying memorandum.

The Clerk of Court is directed to enter judgment in favor of Defendant Johnathan Greenwald and against Plaintiff Zorm 2009 and to close this case.

                                                   **BY THE COURT:**

                                                   **s/ James M. Munley**
                                                 **JUDGE JAMES M. MUNLEY**
                                                 **United States District Court**